IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YVETTE "WILL RAP 4 WEED" GBALAZEH, on behalf of herself and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIV. CASE NO. _____ |
| CITY OF DALLAS, TEXAS, | § § § | |
| Defendant. | § | |

## PROPOSED TEMPORARY RESTRAINING ORDER

ON THIS DAY CAME TO BE HEARD, the Application for Temporary Restraining Order and Temporary Injunction ("**Application**") filed by Plaintiff YVETTE "WILL RAP 4 WEED" GBALAZEH, on behalf of herself and all others similarly situated (collectively, "**Plaintiff**"), seeking temporary orders against CITY OF DALLAS, TEXAS ("**Defendant**") to preserve the status quo through nonenforcement of the challenged ordinance, Dallas Municipal Ordinance Section 31-35(c) (the "**Free Speech Ban**"), pending the full adjudication of the above-styled and numbered case on its merits and the entry of a final order resolving the same.

The Court, after having heard and considered the evidence, finds that there exists good cause for granting the Application. Accordingly, the Application for Temporary Restraining Order is **GRANTED**.

With respect to Contestant's claims, the Court finds that there is good cause to believe Defendant has engaged in and is likely to engage in enforcement of the Free Speech Ban during the pending case.

The Court finds from the evidence that unless Defendant is immediately restrained from the acts prohibited below, Defendant will continue to commit such acts before notice can be given and a hearing can be held on Plaintiff's request for a preliminary injunction. Plaintiff will suffer immediate and irreparable injury, loss, and damage insofar as there is no effective relief that could be fashioned to redress the continued violation of Plaintiff's constitutional rights. This injury is irreparable because of the difficulty or impossibility of placing a value on those constitutional rights once they are so infringed. Further, this Order is being granted without notice because it is necessary to immediately preserve the status quo while the case is pending. This Order is also being granted without notice because it requires merely that Defendant refrain from making any arrests or issuing any citations under a law that is subject to constitutional challenge and strict scrutiny review, and as a result is rendered presumptively unconstitutional until Defendant meets its burden of proving at trial that the law is narrowly tailored to serve a compelling governmental interest. Further, this Order is in the best interests of all parties to preserve the status quo until the case is resolved. Accordingly,

**IT IS ORDERED** that:

Defendant City of Dallas and its officers, agents, servants, employees, and any other person or entity in active concert or participation with Defendant—whether acting directly or through any corporation, company, partnership, trust, entity, subsidiary, division, or other device—who receive actual notice of this Order by personal service or otherwise, are hereby prohibited from any acts or practices that would result in the arrest or citation of any person under the Free Speech ban during the pendency of this case until a final order is entered fully resolving the matter.

The Court further finds that this Temporary Restraining Order may be issued without bond posted by Plaintiff.  The Court issues this Temporary Restraining Order for the period of fourteen (14) days from its entry and this Order shall expire by its own terms within such time after entry.

A hearing on Plaintiff's request for a preliminary injunction will follow at _____ a.m. / p.m. on the _____ day of _____.


**SIGNED** this _____ day of _____, 2018.

_____
**JUDGE PRESIDING**


###END OF ORDER###

**APPROVED AS TO FORM:**

/s/Ramon de Jesus Rodriguez
**Ramon de Jesus Rodriguez**
Texas Bar No. 24088319
Ramon@rrtxlaw.com
LAW OFFICES OF RAMON RODRIGUEZ
Providence Towers
5001 Spring Valley Rd., Suite 400E
Dallas, Texas  75244
Telephone:  (972) 383-1510
Facsimile:  (972) 692-7719

**ATTORNEY FOR PLAINTIFF**
**YVETTE "WILL RAP 4 WEED" GBALAZEH**