IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YVETTE GBALAZEH, LEE SUNBURY, and FRED SIMS, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIV. CASE NO. 3:18-cv-00076-N |
| CITY OF DALLAS, TEXAS, a municipality of the State of Texas, | § § § § | |
| Defendant. | § | <u>JURY TRIAL DEMANDED</u> |

## <u>CITY OF DALLAS'S MOTION TO CERTIFY CONSTITUTIONAL QUESTION TO TEXAS ATTORNEY GENERAL</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant City of Dallas (the "City") respectfully files this motion to certify to the attorney general for the State of Texas, Ken Paxton, that the constitutionality of Texas Transportation Code section 552.007 ("Section 552.007") has been questioned (the "Motion") and requests that the Court order Plaintiffs to file a notice of constitutional question and serve the Texas Attorney General with the notice within 14 days of this Court's order. The City further requests that the Court direct the court clerk to certify the constitutional question to the Texas Attorney General. In support of the Motion, the City shows as follows:

On November 14, 2018, Plaintiffs filed a third amended complaint (the "Complaint"). The Complaint includes a claim that alleges a violation of Plaintiffs' First Amendment right to freedom of speech through the City's enforcement of Section 552.007. (Dkt. 59 ¶¶ 119-131.) Specifically, Plaintiffs allege that Section 552.007 is facially unconstitutional because it is overbroad and seek a declaration from this Court that Section 552.007 is constitutionally invalid on its face. (*Id*. ¶¶

128, 133-135, 149.) Federal Rule of Civil Procedure 5.1(a) requires that a party drawing into question the constitutionality of a state statute must promptly notify and serve the state attorney general the question and identify the paper that raises it if the state is not a party to the lawsuit. Fed. R. Civ. P. 5.1(a).

The City contacted Plaintiffs' counsel to inquire whether they have notified the Texas Attorney General as required by Federal Rule of Civil Procedure 5.1(a). Plaintiffs' counsel admitted they have not notified the State of Texas Attorney General and do not intend to do so. (*See* Exhibit A.)

Therefore, the City respectfully requests that the Court order the Plaintiffs to file a notice of constitutional question and serve it on Texas Attorney General within 14 days of the Court's order pursuant to Federal Rule of Civil Procedure 5.1(a) and that the Court direct the court clerk to certify to the Texas Attorney General that Section 552.007 has been questioned pursuant to Federal Rule of Civil Procedure 5.1(b).

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
Interim City Attorney

By: */s/ Sonia T. Ahmed*
Sonia T. Ahmed
Assistant City Attorney
Texas Bar No. 24082605
Sonia.syed@dallascityhall.com

Justin Roy
Assistant City Attorney I
State Bar No. 24013428
Justin.roy@dallascityhall.com

        Kathleen M. Fones
        Assistant City Attorney II
        Texas Bar No. 24050611
        Email: Kathleen.fones@dallascityhall.com

        City Attorney's Office
        1500 Marilla Street, Room 7DN
        Dallas, Texas 75201
        Telephone: 214-670-3519
        Telecopier: 214-670-0622

**ATTORNEYS FOR THE DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I certify that on December 21, 2018, I conferred with counsel for Plaintiffs concerning the filing of this motion and the relief sought. Plaintiffs oppose the relief sought in this motion.

        */s/ Sonia T. Ahmed*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was submitted to the Clerk of Court using the CM/ECF System for such electronic filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties registered under the CM/ECF System to receive service electronically.

        By: <u>*/s/ Sonia T. Ahmed*</u>

**Syed, Sonia**

| | |
|---|---|
| **From:** | Chris Murphy <murphy@rrtxlaw.com> |
| **Sent:** | Friday, December 07, 2018 10:17 AM |
| **To:** | Syed, Sonia |
| **Cc:** | Ramon Rodriguez; Villegas, Lilia; Fones, Kathleen M |
| **Subject:** | Re: Extension and Rule 5.1 |
| **Attachments:** | image002.png |

Good morning Sonia,

I hope you are doing well. We did not notify the Texas Attorney General of our Third Amended Complaint. As explained below, we do not believe Rule 5.1 applies in this instance.

We are not drawing into question the constitutionality of Texas Transportation Code 552.007 because the United States District Court for the Southern District of Texas has already held § 552.007 to be unconstitutional in *Jornaleros*, 945 F. Supp. 2d 779. We believe the Court's opinion was very clear that the law is unconstitutional. We are in no way calling into question that ruling but instead are relying on that final determination of the constitutionality of § 552.007 as a basis for the City's Fourth Amendment and § 1983 liability in this case. In fact, in *Jornaleros* the Texas Attorney General was noticed and appeared as reflected in Judge Smith's order (2011 WL 6250818). Here, the only laws we are calling into question are Section 31-35 and 28-63.3, and Rule 5.1 does not require notice to OAG on challenges to City Ordinances. We believe the Third Amended Complaint makes clear that the only laws we are calling into question are the Free Speech Ban and the Vehicle Panhandling Ordinance. In any case, the Court under Rule 5.1(b) may certify to the Texas Attorney General that the statute has been questioned.

Of course, we are unopposed to a deadline of January 2, 2019 for the City to respond to the preliminary injunction application.

On a personal note, we wish you all a relaxing holiday season and continued good health and success in the new year.

Best regards,
Chris

On Thu, Dec 6, 2018 at 6:11 PM Syed, Sonia <sonia.syed@dallascityhall.com> wrote:

> Chris and Ray,

We were not provided notice of whether you have notified the attorney general of this lawsuit pursuant to Federal Rule of Civil Procedure 5.1? Are you planning on notifying them? If yes, please let us know if you do so.

Further, we are unsure if the amended deadline of 14 days to respond or the regular 21 days to respond would apply to the preliminary injunction application and so in an abundance of caution and with the holidays, are you opposed to a deadline of January 2, 2018.

Thank you.

**Sonia T. Syed**

Assistant City Attorney
**General Litigation**

**City of Dallas**
Dallas City Attorney's Office

1500 Marilla St., 7DN

Dallas, TX 75201
O: 214-670-3519

F: 214-670-0622
sonia.syed@dallascityhall.com

Please be advised that this e-mail is subject to being disclosed pursuant to a request for public information under the Texas Public Information Act.

CONFIDENTIALITY NOTICE: This communication, including attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient of this communication, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, you are notified that any use, dissemination, distribution, or copying of the communication is strictly prohibited, may be unlawful, and are requested to reply

to this email to notify the sender that you have received the communication in error and promptly delete this e-mail, including attachments without reading or saving them in any manner.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

--
Christopher S. Murphy
Murphy Rodriguez, PLLC
3300 Oak Lawn Ave.
Suite 408
Dallas, Texas 75219
P: 972-752-0557
F: 972-692-7719
murphy@gotexlaw.com

**Please note our new firm name and email address**

The information contained in this e-mail may contain attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (972) 752-0557 and please return the original message to us at murphy@gotexlaw.com or the following address via the U.S. Postal Service. Christopher Murphy, 3300 Oak Lawn Ave., Suite 408, Dallas, Texas 75219. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.  Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this  email to create a legally binding obligation.

# Exhibit A