IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YVETTE GBALAZEH, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> CITY OF DALLAS, TEXAS, § <br> § <br> Defendant. § | Civil Action No.  3:18-CV-00076-N |

## ORDER

This Order addresses Defendant City of Dallas's motion to certify a constitutional question to the Texas Attorney General [72].  Defendants argue that under Federal Rule of Civil Procedure 5.1, Plaintiffs must notify the state attorney general of their constitutional challenge to Texas Transportation Code section 552.007 ("Section 552.007").  The Court agrees.  The Court orders Plaintiffs to file a notice of constitutional question and serve on the Texas Attorney General within fourteen (14) days of this Order per Rule 5.1(a).  Pursuant to Rule 5.1(b), the Court also directs the clerk to certify to the Texas Attorney General that Plaintiffs are challenging the constitutionality of Section 552.007.

Signed April 2, 2019.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE