IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| YVETTE GBALAZEH, LEE SUNBURY, and FRED SIMS, on behalf of themselves and all others similarly situated, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIV. CASE NO. 3:18-cv-00076-N |
| CITY OF DALLAS, TEXAS, a municipality of the State of Texas, | § § § § | |
| *Defendant*. | § | JURY TRIAL DEMANDED |

## RETURN OF SERVICE

**STATE OF TEXAS**

**COUNTY OF DALLAS**

My name is Christian Morrison Neri. I am above the age of 18 and fully competent to make this declaration. This declaration is made under oath, pursuant to C.P.R.C. §132.001. All facts stated herein are within my personal knowledge and are true and correct:

1. On April 4, 2019, at 6:10 a.m., I received a Notice of Constitutional Question to be served upon KEN PAXTON Attorney General of Texas by certified mail to P.O. Box 12548 Austin, TX 78711-2548.

2. Thereafter, I sent the Notice of Constitutional Question, on April 4, 2019 at 2:00 p.m., to KEN PAXTON, by certified mail to P.O. Box 12548 Austin, TX 78711-2548, a true copy of a Notice of Constitutional Question to KEN PAXTON Attorney General of Texas by certified mail.

3. My name is Christian Morrison Neri. My date of birth is May 18th, 1992, and my address is 16951 Addison Rd., Addison, Texas 75001. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Dallas, Dallas County, Texas, on this the 4th day of April 2019.

By: _____
Christian Morrison Neri
SCH 12403 Expires: 12/31/2019
Declarant