IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEE SUNBURY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-00076-N |
| | § | |
| CITY OF DALLAS TEXAS, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The parties have announced that this case has been resolved. Any trial setting and scheduling order are vacated. The parties have thirty days to file dismissal papers. If the parties do not file dismissal papers within thirty days, the Court will dismiss this case without prejudice without further notice.

Signed January 13, 2020.

_____
David C. Godbey
United States District Judge